An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON K. DANIELS,
Petitioner,
vs.
JUSTICE COURT, LAS VEGAS
TOWNSHIP, IN AND FOR CLARK
COUNTY, NEVADA; THE
HONORABLE ANN E. ZIMMERMAN;
AND CHIEF JUSTICE OF THE PEACE,
KAREN BENNETT-HARON,
Respondents.

No. 59567

FILED

MAR 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is a proper person petition for a writ of mandamus or prohibition challenging respondents' rejection of petitioner's filings on the ground that they did not comply with the Las Vegas Justice Court's requirement that all filings be submitted electronically. Respondents have filed an answer, explaining that, as of December 8, 2011, the electronic filing requirement has been rescinded for inmates. Accordingly, we conclude that this petition is moot, and we dismiss it. See Personhood Nevada v. Bristol, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) (explaining

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07845

that this court's duty is to decide actual controversies and not to give opinions on moot questions).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Aaron K. Daniels
       Clark County District Attorney/Civil Division, Robert J. Gower

---

[1]We direct the clerk of this court to file petitioner's application to proceed in forma pauperis, provisionally received in this court on November 4, 2011; and letter, provisionally received in this court on November 16, 2011. Having considered these documents, we conclude that no action is necessary as to them.